FILED 2008 DEC 23 PM 2:05

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. CR-08 1486 |
| Plaintiff, | **I N D I C T M E N T** |
| v. | [42 U.S.C. § 1320a-7b(b)(1)(A): Illegal Remunerations] |
| NITA ALMUETE PADDIT PALMA, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE AND TWO

[42 U.S.C. § 1320a-7b(b)(1)(A)]

A. INTRODUCTORY ALLEGATIONS

At all times material to this Indictment:

1. Defendant NITA ALMUETE PADDIT PALMA ("PALMA") owned and operated Managed Care Nursing Services ("MCNS"), located in San Marino, California, which purported to operate as a nursing registry, a private company that supplies daily nurses to home health agencies that provide home health services to Medicare patients. Neither defendant PALMA nor MCNS was a Medicare

//

SMA:sma

provider, and defendant Palma was excluded from participation in the Medicare program and the direct or indirect receipt of payment from Medicare.

2. Pegasus Inc. ("Pegasus") was a home health care agency located in Glendale, California, which provided home health services to Medicare patients. Pegasus was a Medicare provider.

3. Medicare was a federally funded national health care benefit program, administered through the Department of Health and Human Services, Centers for Medicare and Medicaid Services, that provided coverage to persons age 65 and older and to certain disabled persons.

4. Persons who qualified for Medicare benefits commonly were referred to as Medicare "beneficiaries." Each beneficiary was assigned an identification card with a unique Medicare health identification card ("HIC") number. The HIC number was used to bill the government for services rendered to that beneficiary.

5. Under Medicare, a provider of medical services, like Pegasus, would first apply for a provider number, which would be used for the processing and payment of claims. Using its provider number, the health care provider would bill Medicare for services provided to eligible Medicare beneficiaries.

6. Medicare reimbursed providers only for services and procedures that were deemed to be "medically necessary."

7. Medicare reimbursed providers for certain types of medically necessary treatment, including home health services provided by a qualified home health agency, such as Pegasus, to Medicare beneficiaries.

//

B.  PAYMENTS OF ILLEGAL KICKBACKS FOR REFERRALS OF PATIENTS

8. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant PALMA knowingly and willfully, and with knowledge that it was unlawful to do so, solicited and received remuneration, that is, the following checks from Pegasus in the amounts set forth below, payable to defendant PALMA's company, MCNS, in return for referring Medicare beneficiaries to Pegasus for the furnishing and arranging for the furnishing of medical services for which payment could be made in whole and in part under a Federal health care program, namely, Medicare, as follows:

| COUNT | DATE | CHECK NUMBER | AMOUNT |
| --- | --- | --- | --- |
| ONE | 1/5/2004 | 11046 | $3,280 |
| TWO | 1/16/2004 | 11048 | $20,165 |

A TRUE BILL

/s/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Violent and Organized Crime Section

STEVEN M. ARKOW
Assistant United States Attorney
Violent and Organized Crime Section